## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-

**BRIAN ERIC CRUMP**

Case Number: 2:00-cr-21-FtM-29DNF

USM Number: 33215-018

FRANK ZAREMBA, AFPD
1514 Broadway, Suite 301
Fort Myers, Florida 33901

### JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three & Four of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive Urinalysis | August 10, 2006 |
| Two | Positive Urinalysis | November 22, 2006 |
| Three | Positive Urinalysis | November 29, 2006 |
| Four | Positive Urinalysis | December 7, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**The Superceding Petition (Doc. #85) is dismissed on motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

5/1/2007

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

May ___1___, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

BRIAN ERIC CRUMP
2:00-cr-21-FtM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **11 Months**.

**The Court recommends to the Bureau of Prisons:**

1. Incarceration in a facility commensurate with the defendant's medical needs.

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## SUPERVISED RELEASE

**Supervised Release is REVOKED and not reimposed.**